[Dogmuf] [Order Granting Motion for Payment Unclaimed Funds]

ORDERED.

Dated: November 13, 2019

Jerry A. Funk
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

Barbara B Estes
aka Barbara Barkley Estes

Case No. 3:14-bk-05633-JAF
Chapter 13

_____Debtor*_____/

### ORDER GRANTING MOTION FOR PAYMENT OF UNCLAIMED FUNDS

THIS CASE came on for consideration without a hearing on the Motion for Payment of Unclaimed Funds (Document No. 106) (the "Motion"). The Motion was filed on November 4, 2019, by Keith Labell on behalf of PHH Mortgage Corporation successor in interest to Ocwen Loan Servicing, LLC. Having verified that the sum of $ 20,941.44 has been deposited in the Unclaimed Funds Registry of the Court, the Court finds that the Motion should be granted.

Accordingly it is

**ORDERED:**

1. The Motion is granted.

2. The Court's Financial Deputy shall prepare a payment voucher to be sent to the United States Treasury, for payment of the sum of $ 20,941.44 to:

PHH Mortgage Corporation
c/o Keith Labell
6409 Congress Ave., Suite 100
Boca Raton, FL 33487

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

The Clerk's office is directed to serve a copy of this order on interested parties.

Original to Financial Administrator